UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| APRIL MARIE CUNIC-GOODMAN, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:17-cv-382<br>) |
| COMMISSIONER OF<br>SOCIAL SECURITY, | ) Honorable Phillip J. Green<br>)<br>) |
| Defendant. | )<br>) |

**JUDGMENT AWARDING ATTORNEY'S FEES**
**UNDER THE EQUAL ACCESS TO JUSTICE ACT**

For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby enters judgment in plaintiff's favor against defendant in the amount of $5,771.50 as full and final adjudication of EAJA fees and expenses in this action.

Dated: February 26, 2019         /s/ Phillip J. Green
                                 PHILLIP J. GREEN
                                 United States Magistrate Judge